PAYNE *v.* ATLANTA CONSOLIDATED STREET RAILWAY CO.

LITTLE, J. When on the trial of a suit for damages for a malicious prosecution there is no evidence connecting the defendant with the prosecution, it is not error to order a nonsuit.

*Judgment affirmed. All the Justices concurring.*

Argued December 12, 1898. — Decided March 4, 1899.

Action for damages. Before Judge Berry. City court of Atlanta. January term, 1898.

*Lumpkin & Colquitt* and *Brandon & Arkwright,* for plaintiff. *Goodwin, Westmoreland & Hallman,* contra.